AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ILUSTRATA SERVICOS DESIGN, LTDA.

V.

PDD HOLDINGS, INC., a Cayman Islands Corp., WHALECO, INC., a Delaware Corp., and DOES 1-10

CASE NUMBER: 1:23-cv-04824

ASSIGNED JUDGE: LaShonda A. Hunt

DESIGNATED MAGISTRATE JUDGE: Sunil R. Harjani

TO: (Name and address of Defendant)

PDD HOLDINGS, Inc.
Vistra (Cayman) Limited, P.O. Box 31119
Grand Pavilion, Hibiscus Way, 802 West Bay Road
Grand Cayman, KY1-1205, Cayman Islands

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vivek Jayaram
Elizabeth Austermuehle
Palak V. Patel
JAYARAM PLLC
54 W. 21st St., Suite 801
New York, NY 10010

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Emily Wirtz_ (signature)

(By) DEPUTY CLERK



July 25, 2023

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>Thursday 3 August 2023 at 3.55pm |
| NAME OF SERVER *(PRINT)*<br>Sally Crane | TITLE<br>Ms |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Registered Office - Vistra (Cayman) Limited located at Grand Pavilion, Hibiscus Way, 802 West Bay Road, Grand Cayman. Service was accepted by Amanda Brown, Operations Manager.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 140.00 | 140.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8 August 2023              *Sally Crane*
                    Date                 *Signature of Server*

Priestleys, 2nd Fl Caribbean Plaza, 878 West Bay Road, Grand Cayman
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.